FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0480

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0480

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

VALORIE SUE CHURMAGE,

     Defendant and Appellant.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Valorie Sue Churmage, to all counsel of record, and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2020